IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANN WEBSTER , | * |
| Plaintiff, | * |
| v. | Case No.5:24-cv-00325-MTT |
| | * |
| FAMILY DOLLAR STORES OF GEORGIA, LLC doing business as FAMILY DOLLAR, et al , | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 7, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 7th day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk